```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 7/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
S. KATZMAN PRODUCE, INC. et al,

                              **18cv6947 (PAC)**
                              **ORDER OF DISMISSAL**

                    *Plaintiffs,*

     -against-

OREL PRODUCE, INC.

                    *Defendant.*
--------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

        The Court having been advised that the parties have reached a settlement, it is,

        ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice

and costs to either party, subject to reopening should the settlement not be consummated within

thirty (30) days of the date hereof.  The Court will sign a Stipulation and Order of Settlement

upon receipt from either party.  In the event the parties require more than the 30 days to finalize

the settlement, either party shall submit a letter to the Court.  The Clerk of Court is directed to

terminate the pending motions, deadlines, conferences, and this case.


Dated:  New York, New York
        July 19, 2021

                              SO ORDERED

                              _____
                              PAUL A. CROTTY
                              United States District Judge